# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ryu, Donna M. | United States District Court; Northern District of Californi | 5/7/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

United States District Court
1301 Clay Street, Suite 210C
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Revocable Trust Agreement re ▩ member's estate |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | July 2002 | University of California Retirement Plan (pension on retirement) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/7/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/7/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account - Indv. | | | | | | | | | |
| 2. -Vanguard Bond ETF (BND) | A | Dividend | J | T | Buy | 01/21/11 | J | | |
| 3. -Vanguard Bond ETF (BND) | | | | | Sold (part) | 12/22/11 | J | A | |
| 4. -iShares MSCI EFA ETF (EFA) | A | Dividend | J | T | Buy | 06/29/11 | J | | |
| 5. -iShares MSCI EFA ETF (EFA) | | | | | Buy (add'l) | 12/30/11 | J | | |
| 6. -iShares MSCI EFA ETF (EFA) | A | Dividend | J | T | Sold (part) | 12/22/11 | J | | |
| 7. -iShares MidCap ETF (IJH) | A | Dividend | J | T | Sold (part) | 12/22/11 | J | | |
| 8. -Money Market Fund (SWSXX) | A | Int./Div. | J | T | | | | | |
| 9. -iShares Russel 2000 Value ETF (IWN) | A | Dividend | J | T | Sold (part) | 12/22/11 | J | | |
| 10. -iShares Russel 1000 Value ETF (IWD) | A | Dividend | J | T | Sold (part) | 12/22/11 | J | | |
| 11. -iShares Russel 1000 Growth ETF (IWF) | A | Dividend | J | T | Sold (part) | 1/21/11 | J | A | |
| 12. -iShares Russel 1000 Growth ETF (IWF) | | | | | Sold (part) | 12/22/11 | J | A | |
| 13. -Vanguard Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. Brokerage Account - SEP IRA | | | | | | | | | |
| 16. -Vanguard Bond ETF (BND) | B | Dividend | L | T | Buy | 1/21/11 | J | | |
| 17. -Vanguard Bond ETF (BND) | | | | | Buy (add'l) | 4/25/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Bond ETF (BND) | | | | | Buy (add'l) | 08/15/11 | J | | |
| 19. -Vanguard Bond ETF (BND) | | | | | Buy (add'l) | 11/14/11 | J | | |
| 20. -iShares MSCI EFA ETF (EFA) | B | Dividend | L | T | Buy | 01/21/11 | J | | |
| 21. -iShares MSCI EFA ETF (EFA) | | | | | Buy (add'l) | 08/15/11 | K | | |
| 22. -iShares MSCI EFA ETF (EFA) | | | | | Buy (add'l) | 11/14/11 | J | | |
| 23. -iShares MidCap ETF (IJH) | A | Dividend | K | T | Buy | 08/15/11 | J | | |
| 24. -iShares MidCap ETF (IJH) | | | | | Sold (part) | 01/21/11 | J | A | |
| 25. -iShares MidCap ETF (IJH) | | | | | Sold (part) | 04/25/11 | J | A | |
| 26. -iShares MidCap ETF (IJH) | | | | | Sold (part) | 11/14/11 | J | | |
| 27. -Money Market Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 28. -iShares Russel 1000 Growth ETF (IWF) | A | Dividend | L | T | Sold (part) | 01/22/11 | J | A | |
| 29. -iShares Russel 1000 Growth ETF (IWF) | | | | | Buy | 08/15/11 | J | | |
| 30. -iShares Russel 1000 Growth ETF (IWF) | | | | | Sold (part) | 11/14/11 | J | A | |
| 31. -iShares Russel 2000 Value ETF (IWN) | A | Dividend | K | T | Sold (part) | 01/21/11 | J | A | |
| 32. -iShares Russel 2000 Value ETF (IWN) | | | | | Buy | 08/15/11 | J | | |
| 33. -Vanguard Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy | 08/15/11 | J | | |
| 34. -Vanguard Emerging Markets ETF (VWO) | | | | | Buy (add'l) | 11/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -iShares Russel 1000 Value ETF (IWD) | B | Dividend | L | T | Sold (part) | 01/21/11 | J | A | |
| 36. -iShares Russel 1000 Value ETF (IWD) | | | | | Buy | 08/15/11 | K | | |
| 37. -iShares Russel 1000 Value ETF (IWD) | | | | | Sold (part) | 11/14/11 | J | | |
| 38. | | | | | | | | | |
| 39. Brokerage Account - Roth IRA | | | | | | | | | |
| 40. -Vanguard Bond ETF (BND) | A | Dividend | J | T | | | | | |
| 41. -iShares Emerging Markets ETF (EEM) | A | Dividend | J | T | | | | | |
| 42. -iShares MSCI EFA ETF (EFA) | A | Dividend | J | T | Buy | 11/14/11 | J | | |
| 43. -iShares MidCap ETF (IJH) | A | Dividend | J | T | | | | | |
| 44. -Money Market Fund (SWGXX) | A | Dividend | | | | | | | |
| 45. -iShares Russel 1000 Value ETF (IWD) | A | Dividend | J | T | | | | | |
| 46. -iShares Russel 1000 Growth ETF (IWF) | A | Dividend | J | T | | | | | |
| 47. -iShares Russel 2000 Value ETF (IWN) | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. University of California CAP | | | | | | | | | |
| 50. -Fixed Account (no selection of funds available) | A | Interest | J | T | | | | | |
| 51. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. University of California DCP | | | | | | | | | |
| 53. -Spartan 500 Index Fund | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 54. -Spartan US Bond Index Fund X | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 55. -Fidelity Value Discovery Fund | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 56. -Spartan International Index Fund | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 57. -Fidelity Small Cap Stock Fund | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 58. | | | | | | | | | |
| 59. University of California 403(b) | | | | | | | | | |
| 60. -Spartan 500 Index Fund | A | Dividend | | | Sold | 07/29/11 | K | B | |
| 61. -Spartan US Bond Index Fund X | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 62. -Fidelity Value Discovery Fund | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 63. -Spartan International Index Fund | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 64. -Fidelity Small Cap Stock Fund | A | Dividend | | | Sold | 07/29/11 | J | B | |
| 65. | | | | | | | | | |
| 66. 529 College Savings Plan | | | | | | | | | |
| 67. -Portfolio 2009 Index Fund | | None | K | T | Buy | 01/03/11 | J | | |
| 68. -Portfolio 2009 Index Fund | | None | J | T | Buy (add'l) | 02/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Portfolio 2009 Index Fund | | None | J | T | Buy (add'l) | 03/01/11 | J | | |
| 70. -Portfolio 2009 Index Fund | | None | J | T | Buy (add'l) | 04/01/11 | J | | |
| 71. -Portfolio 2009 Index Fund | | None | J | T | Buy (add'l) | 05/02/11 | J | | |
| 72. -Portfolio 2009 Index Fund | | None | J | T | Buy (add'l) | 06/01/11 | J | | |
| 73. -Portfolio 2009 Index Fund | | None | J | T | Buy (add'l) | 07/01/11 | J | | |
| 74. -Portfolio 2009 Index Fund | | None | J | T | Buy (add'l) | 08/01/11 | J | | |
| 75. -Portfolio 2009 Index Fund | | None | J | T | Sold (part) | 08/08/11 | J | A | |
| 76. -Portfolio 2009 Index Fund | | None | J | T | Buy (add'l) | 09/01/11 | J | | |
| 77. -Portfolio 2009 Index Fund | | None | J | T | Buy (add'l) | 10/03/11 | J | | |
| 78. -Portfolio 2009 Index Fund | | | | | Merged (with line 79) | 11/04/11 | K | | |
| 79. -Age Based Portfolio - 18 & Over Index | | None | J | T | Buy (add'l) | 11/07/11 | J | | |
| 80. -Age Based Portfolio - 18 & Over Index | | None | J | T | Buy (add'l) | 12/01/11 | J | | |
| 81. -Age Based Portfolio - 18 & Over Index | | None | J | T | Sold (part) | 12/28/11 | J | D | |
| 82. | | | | | | | | | |
| 83. Wells Fargo Bank Accounts | A | Int./Div. | J | T | | | | | |
| 84. | | | | | | | | | |
| 85. Provident Credit Union Accounts | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. ING Direct Accounts | A | Int./Div. | L | T | | | | | |
| 88. | | | | | | | | | |
| 89. Trust for the benefit of ▮ member | | | | | | | | | |
| 90. -Real Estate & Personal Property, ▮ | | None | N | W | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/7/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, and  Part VII.
Line 89: Trust for the benefit of [ ] member.
 -I am not the owner or grantor of the trust, I am solely the co-trustee of a revocable trust created for the benefit of a [ ] member.

PartVII Lines 49-50: The University of California Capital Accumulation Provision (CAP) account is a supplemental benefit plan held by the University of California. I have no input in selecting how these funds are invested.

Part VII Lines 66-81:  The custodian of the 529 College Savings Plan changed mid-year (reflected on line 78), I had no say in this change and it happened automatically.

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 11

Name of Person Reporting

Ryu, Donna M.

Date of Report

5/7/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna M. Ryu**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544